8369. STOCKS *v.* THE STATE.

WADE, C. J. The evidence was sufficient to support the inference that a sale of whisky had been consummated by delivery in exchange for an agreed purchase-price accepted by the defendant at the time, and therefore this court can not hold that the judge of the superior court erred in overruling a certiorari, where error was assigned upon general grounds only.　*Judgment affirmed. George and Luke, JJ., concur.*

DECIDED MARCH 23, 1917.

Certiorari; from Fulton superior court—Judge Pendleton. November 21, 1916.

*Thomas B. Brown,* for plaintiff in error.

*John A. Boykin, solicitor-general, Lowry Arnold, solicitor, E. T. Williams, E. A. Stephens,* contra.